THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM MARRA, Appellant.

Submitted October 8, 1942; decided November 25, 1942.

*Emil J. Reigi* for appellant.

*Farrell M. Kane, District Attorney* (*John F. Kavanagh* of counsel), for respondent.

Judgments reversed and information dismissed on the authority of *People* v. *Richardson* (287 N. Y. 563). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: FINCH and LEWIS, JJ.